United States Bankruptcy Court
District of Puerto Rico

IN RE:  
**GONZALEZ CASTRO, ANA HILDA**  
Debtor(s)

Case No. **09-06866**  
Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **5/06/2010**  
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____  
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **60** = $ **15,000.00**  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____  
$ ____ x ____ = $ ____

TOTAL: $ **15,000.00**

Additional Payments:  
$ **19,800.00** to be paid as a LUMP SUM within **24 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:  
**REFINANCING OF REAL PROPERTY AT 973 LABRADOR ST., RIO PIEDRAS PR, WITHIN 24 MONTHS OF FILING.**

Periodic Payments to be made other than, and in addition to the above:  
$ ____ x ____ = $ ____

PROPOSED BASE: $ **34,800.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,874.00**

Signed: **/s/ ANA H. GONZALEZ CASTRO**  
Debtor

_____  
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ ____  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☑ Trustee pays secured ARREARS:  
Cr. **R & G MORTGAGE**  Cr. **RELIABLE FINANCIAL**  Cr. ____  
# **02-0001205271**  # **001-665492**  # ____  
$ **2,146.09**  $ **606.05**  $ ____  
2. ☐ Trustee pays IN FULL Secured Claims:  
Cr. ____ Cr. ____ Cr. ____  
# ____ # ____ # ____  
$ ____ $ ____ $ ____  
3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. ____ Cr. ____ Cr. ____  
# ____ # ____ # ____  
$ ____ $ ____ $ ____  
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: ____  
5. ☐ Other: ____  
6. ☑ Debtor otherwise maintains regular payments directly to:  
**RELIABLE FINANCIAL SERVICES / R & G MORTGAGE**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____  
☐ Paid 100% / ☐ Other: ____  
Cr. ____ Cr. ____ Cr. ____  
# ____ # ____ # ____  
$ ____ $ ____ $ ____  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)* TWENTY-EIGHT-DAY NOTICE TO PARTIES IN INTEREST: WITHIN TWENTY EIGHT (28) DAYS AFTER SERVICE AS EVIDENCED BY THE CERTIFICATION, AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK. P. 9006(F) IF YOU WERE SERVED BY MAIL, ANY PARTY AGAINST WHOM THIS PAPER HAS BEEN SERVED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS CHAPTER 13 PLAN WITH THE CLERK'S OFFICE OF THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE PLAN WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED UNLESS: (I) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (II) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (III) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE. FED. R. BANKR. P. 2002 (B) AND LBR 9013-1, AS AMENDED.

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**  Phone: **(787) 282-9009**

AMENDED CHAPTER 13 PAYMENT PLAN

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 09-06866 (SEK) |
|---|---|
| ANA HILDA GONZALEZ CASTRO<br>DEBTOR(S) | CHAPTER 13 |

## NOTICE OF FILING AMENDED CHAPTER 13 PLAN
## DATED MAY 6, 2010

**TO THE HONORABLE COURT:**

**COME(S) NOW** Debtor(s), represented by the undersigned attorney and respectfully represent(s) and as follows:

The second pre-confirmation amended **Chapter 13 Plan dated MAY 06, 2010** is being filed herewith. The amended plan provides:

*<u>INCREASE IN THE LUMP PAYMENT IN ORDER TO COMPLY WITH THE BEST INTEREST OF CREDITORS TEST.</u>*

**WHEREFORE,** the undersigned Counsel for the herein Debtor(s) respectfully informs this Honorable Court, all creditors and parties in interest, of the filing of the aforementioned plan.

**Twenty-Eight-Day Notice To Parties In Interest**

Within **twenty eight (28) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to the aforementioned **Amended Plan** with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. *Fed. R. Bankr. P. 2002 (b) and LBR 9013-1.*

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which, by information and believe, will send notification to all CM/ECF participants in this case. Furthermore, I hereby certify that all non CM/ECF participants will be served with an exact copy of this document by regular U.S. mail, postage prepaid, sent to their addresses of record as these appear in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, May 6, 2010.

> <u>**s/JOSE L. JIMENEZ QUINONES**</u>
> JOSE L. JIMENEZ QUINONES
> USDC-PR 203808
> THE HATO REY CENTER, STE. 1118
> 268 AVE. PONCE DE LEON
> SAN JUAN, PR 00918
> TEL.(787) 282-9009
> Mobile (787) 691-3458
> FAX 1-866-326-9416
> jljimenez11@gmail.com
>
> Attorney for:
> Jorge M. Aquino Rivera

Label Matrix for local noticing
0104-3
Case 09-06866-SEK13
District of Puerto Rico
Old San Juan
Thu May 6 19:54:29 AST 2010

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

PRA RECEIVABLE MANAGEMENT, LLC,
as agent of Portfolio Recovery Associate
P O Box 41067
NORFOLK, VA 23541-1067

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

R&G MORTGAGE CORPORATION
CARDONA JIMENEZ LAW OFFICE
PO BOX 9023593
SAN JUAN, PR 00902-3593

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

AMERICAN EXPRESS
PO BOX 297812
FORT LAUDERDALE, FL 33329-7812

AMERICAN EXPRESS
PO BOX 297828
FORT LAUDERDALE, FL 33329-7843

American Express TRS Co Inc Latin American Division
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

BANCO SANTANDER DE PR
DIVISION DE TARJETAS BANCARIAS
PO BOX 362589
SAN JUAN, PR 00936-2589

Department of Treasury
Bankruptcy Section (424-B)
PO Box 9024140
San Juan, PR 00902-4140

FIA CARD SERVICES
P.O. BOX 17054
WILMINGTON, DE 19884-0001

FIA Card Services NA aka Bank of America
by PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541-0907

HOSPITAL SAN FRANCISCO
PO BOX 29025
SAN JUAN, PR 00929-0025

JC PENNEY
BANKRUPTCY DIVISION
P.O. BOX 364788
SAN JUAN, PR 00936-4788

LVNV FUNDING, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10584
GREENVILLE, SC 29603-0584

NCO GROUP FIN. SYSTEMS
PO BOX 10497
GREENVILLE, SC 29603-0497

OLD NAVY
PO BOX 981064
EL PASO, TX 79998-1064

Portfolio Recovery Associates, LLC.
P.O. Box 41067
Norfolk, VA 23541-1067

R & G MORTGAGE CORPORATION
DIVISION LEGAL
EDIF. VIG TOWER, 1225 PONCE DE LEON AVE.
SANTURCE, PR 00907

R & G MORTGAGE CORPORATION
P.O. BOX 362394
SAN JUAN, PR 00936-2394

Recovery Management Systems Corporation
For GE Money Bank
dba JCPENNEY CREDIT SERVICES
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Recovery Management Systems Corporation
For GE Money Bank
dba SAM'S CLUB DISCOVER
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

ANA HILDA GONZALEZ CASTRO
URB COUNTRY CLUB
973 CALLE LABRADOR
SAN JUAN, PR 00924-1781

JOSE L JIMENEZ QUINONES
JIMENEZ QUINONES LAW OFFICE, PSC
268 AVE. PONCE DE LEON
SUITE 1118
SAN JUAN, PR 00918-2007

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) R&G MORTGAGE CORPORATION
CARDONA-JIMENEZ LAW OFFICE
P.O. BOX 9023593
SAN JUAN, PR 00902-3593

(d) RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

End of Label Matrix
Mailable recipients   26
Bypassed recipients    2
Total                 28