# *Proceeding Minutes / Proceeding Memo*

*Case #:*  09-06866          *Case Name:*  ANA HILDA GONZALEZ CASTRO

*Set:*  05/11/2010 02:00 pm   *Chapter:* 13   *Type:* bk   *Judge*  SARA E. DE JESUS KELLOGG

*matter*   *CONF* CONFIRMATION OF PLAN DATED 10/26/2009

---

Minutes of Hearing held on 5/11/2010. Plan dated 5/06/2010 as orally amended in open court to provide the lump sum of $19,800.00 in 18 months, is confirmed.Order will be entered. (related document(s): [42] (MM)