IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 09-06866 SEK

ANA HILDA GONZALEZ CASTRO

Chapter 13

XXX-XX-9898

FILED & ENTERED ON 11/01/2010

Debtor(s)

**O R D E R**

For the reasons stated in R & G MORTAGE CORP.'s Motion to Dismiss filed on 09/23/2010, which has not been opposed, this case is hereby dismissed. All pending matters are moot.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

San Juan, Puerto Rico, this November 01, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c:   ALL CREDITORS
     DEBTOR
     JOSE L JIMENEZ QUINONES
     JOSE RAMON CARRION MORALES

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: badilloe          Page 1 of 1              Date Rcvd: Nov 01, 2010
Case: 09-06866                Form ID: pdf001         Total Noticed: 27
```

The following entities were noticed by first class mail on Nov 03, 2010.
```
db          +ANA HILDA GONZALEZ CASTRO,    URB COUNTRY CLUB,    973 CALLE LABRADOR,    SAN JUAN, PR 00924-1781
smg          DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR   00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR   00902-0192
smg          PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
              SAN JUAN, PR   00918
smg         +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
cr          +BAYVIEW LOAN SERVICES, LLC,    MARQUEZ& FERRARI, PSC,    PO BOX 988,    AGUADILLA, PR 00605-0988
cr          +PRA RECEIVABLE MANAGEMENT, LLC,,    as agent of Portfolio Recovery Associate,    P O Box 41067,
              NORFOLK, VA 23541-1067
2819117      AMERICAN EXPRESS,    PO BOX 1270,    NEWARK, NJ   07101-1270
2819115      AMERICAN EXPRESS,    PO BOX 297812,    FORT LAUDERDALE, FL   33329-7812
2819116      AMERICAN EXPRESS,    PO BOX 297828,    FORT LAUDERDALE, FL   33329-7843
2837853      American Express TRS Co Inc Latin American,    Division,    c/o Becket and Lee LLP,    POB 3001,
              Malvern   PA 19355-0701
2819118      BANCO SANTANDER DE PR,    DIVISION DE TARJETAS BANCARIAS,    PO BOX 362589,
              SAN JUAN, PR   00936-2589
2911471      Department of Treasury,    Bankruptcy Section (424-B),    PO Box 9024140,    San Juan, PR 00902-4140
2819119     +FIA CARD SERVICES,    P.O. BOX 17054,    WILMINGTON, DE 19884-0001
2872842     +FIA Card Services NA aka Bank of America,    by PRA Receivables Management, LLC,    PO Box 12907,
              Norfolk VA 23541-0907
2819120      HOSPITAL SAN FRANCISCO,    PO BOX 29025,    SAN JUAN, PR   00929-0025
2819123     +NCO GROUP FIN. SYSTEMS,    PO BOX 10497,    GREENVILLE, SC 29603-0497
2905871     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC.,    P.O. Box 41067,
              Norfolk, VA 23541)
2819125      R & G MORTGAGE CORPORATION,    P.O. BOX 362394,    SAN JUAN, PR   00936-2394
2819126      R & G MORTGAGE CORPORATION,    DIVISION LEGAL,    EDIF. VIG TOWER, 1225 PONCE DE LEON AVE.,
              SANTURCE, PR   00907
2834783      R&G MORTGAGE CORPORATION,    CARDONA-JIMENEZ LAW OFFICE,    P.O. BOX 9023593,
              SAN JUAN, PR   00902-3593
2819127      RELIABLE FINANCIAL SERVICES,    PO BOX 21382,    SAN JUAN, PR   00928-1382
```
The following entities were noticed by electronic transmission on Nov 01, 2010.
```
2819121      E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2010 20:23:20     JC PENNEY,    BANKRUPTCY DIVISION,
              P.O. BOX 364788,    SAN JUAN, PR   00936-4788
2819122     +E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV FUNDING, LLC,
              RESURGENT CAPITAL SERVICES,    PO BOX 10584,    GREENVILLE, SC 29603-0584
2819124      E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2010 20:23:20     OLD NAVY,    PO BOX 981064,
              EL PASO, TX   79998-1064
2895049     +E-mail/PDF: rmscedi@recoverycorp.com Nov 01 2010 20:43:24
              Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB DISCOVER,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
2895048     +E-mail/PDF: rmscedi@recoverycorp.com Nov 01 2010 20:43:24
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          R&G MORTGAGE CORPORATION,    CARDONA JIMENEZ LAW OFFICE,    PO BOX 9023593,
              SAN JUAN, PR   00902-3593
cr*          RELIABLE FINANCIAL SERVICES,    PO BOX 21382,    SAN JUAN, PR   00928-1382
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 03, 2010**        Signature:    *Joseph Speetjens*