**EXHIBIT 1**





